UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HORIZON PHARMA AG and
JAGOTEC AG

                   **Plaintiffs,**                Case No.: 0:13-cv-61868-KMM

v.

WATSON LABORATORIES, INC. –
FLORIDA, ACTAVIS PHARMA, INC.,
ANDRX CORPORATION, and ACTAVIS, INC.

                   **Defendants.**
_____/

## PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Horizon Pharma AG and Jagotec AG, by and through their undersigned counsel, dismiss without prejudice this action against Defendants, Watson Laboratories, Inc. – Florida, Actavis Pharma, Inc., Andrx Corporation, and Actavis, Inc. pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure.

Respectfully submitted,

ISICOFF, RAGATZ & KOENIGSBERG
*Attorneys for Plaintiffs*
1200 Brickell Avenue, Suite 1900
Miami, Florida 33131
Phone: (305) 373-3232
Fax: (305) 373-3233

By:    s/Susan V. Warner_____
       Eric D. Isicoff
       Florida Bar No. 372201
       Isicoff@irlaw.com
       Susan V. Warner
       Florida Bar No. 38205
       Warner@irlaw.com